Entered: October 29, 2019
Signed: October 29, 2019

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   18–25201 – NVA    Chapter:   7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Evelyn Berlioz
*debtor has no known aliases*
495 Bruce Avenue
Odenton, MD 21113

Social Security No.:   xxx–xx–7687

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 11/16/18.

The estate of the above–named debtor has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *aharris*